■ In the Matter of Stacie L. Shaw, Now Known as Stacie L. Jacobson, Appellant, v Brian T. Shaw, Respondent. [858 NYS2d 645]—Appeal from an order of the Family Court, Monroe County (Julie A. Gordon, R.), entered December 21, 2005 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted respondent sole custody and primary physical custody of the parties' children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.

■ Robert J. Kost et al., Respondents, v Wild Wood Rush, Inc., Doing Business as Wild Wood Country Club, Defendant, and Todd T. Russell, Appellant. [858 NYS2d 645]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered November 9, 2007 in a personal injury action. The order denied the motion of defendant Todd T. Russell to bifurcate the trial.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.

■ Dolomite Products Company, Inc., Appellant, v Elam Sand & Gravel Corporation et al., Respondents. [858 NYS2d 621]—Appeal from a judgment of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered July 3, 2007. The judgment, inter alia, dismissed the first amended complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.